No. 02–7996. MARTINEZ-DELEON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–7997. MARQUEZ DE ALVAREZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7998. THOMPSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8001. BENDER v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8006. WILBOURN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 02–8010. ZAMORANO-FLORES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8011. VANHORN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 02–8013. LITTLE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 02–8017. ASBERRY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–8027. SOFSKY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 02–8035. RAMIREZ-BURGOS v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 02–8043. COLE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 02–8044. PEREZ-GUTIERREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 02–8145. VOLDEN v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–347. LOSKILL v. BARNETT BANKS, INC. SEVERANCE PAY PLAN ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.